[No. 10604–3–II. Division Two. March 24, 1988.]

BETTY J. WILLIAMS, *Respondent,* v. JOHN KOENES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis

County, No. 86-2-00267-5, Dale M. Nordquist, J., entered December 5, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.